THE PEOPLE, RESPONDENT, *v.* MENÉNDEZ ET AL., APPELLANTS.

APPEAL from the District Court of Arecibo.

No. 513.—Decided February 7, 1913.

Decided on the grounds of the opinion delivered in Case No. 514, *The People* v. *Menéndez et al.*, decided February 7, 1913.

Mr. *Charles E. Foote, fiscal,* for The People.
The appellant did not appear.

MR. JUSTICE WOLF delivered the opinion of the court.

Except for a change in the name of the elector, the facts in this case are exactly the same as those contained in the record of case No. 514 against the same appellants, and this case must therefore follow the opinion and judgment in said case No. 514.

*Affirmed.*

Chief Justice Hernández and Justices del Toro and Aldrey concurred.

Mr. Justice MacLeary took no part in the decision of this case.